Shau-Ron SYKES, Plaintiff-Appellant,

v.

LOS ANGELES SHERIFF'S
DEPARTMENT; et al.,
Defendants-Appellees.

No. 16-56387

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2017 *

Filed May 31, 2017

Shau-Ron Sykes, Pro Se

Before: THOMAS, Chief Judge, and
SILVERMAN and RAWLINSON, Circuit
Judges.

MEMORANDUM **

California state prisoner Shau-Ron
Sykes appeals pro se from the district
court's judgment dismissing his 42 U.S.C.
§ 1983 action arising from an alleged rape
and assault in Los Angeles County Men's
Central Jail. We have jurisdiction under 28
U.S.C. § 1291. We review de novo. *Belanus v. Clark*, 796 F.3d 1021, 1024 (9th Cir.
2015) (dismissal under 28 U.S.C. § 1915A);
*Watison v. Carter*, 668 F.3d 1108, 1112
(9th Cir. 2012) (dismissal under 28 U.S.C.
§ 1915(e)(2)). We vacate and remand.

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by Ninth Circuit Rule 36-3.

The district court determined that
Sykes' claims were time-barred and that
Sykes is not entitled to equitable tolling.
However, the district court failed to con-
sider whether the statute of limitation
should be tolled because Sykes "lack[ed]
the legal capacity to make decisions" at the
time the claims accrued. Cal. Civ. Proc.
§ 352(a); *see also Wallace v. Kato*, 549
U.S. 384, 394, 127 S.Ct. 1091, 166 L.Ed.2d
973 (2007) ("We have generally referred to
state law for tolling rules, just as we have
for the length of statutes of limitations.").
Therefore, we vacate and remand for the
district court to consider this question in
the first instance.

**VACATED and REMANDED.**